PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeffery Parks             Cr.: 06-00655-001

Name of Sentencing Judicial Officer: The Honorable William H. Walls, U.S. District Judge

Date of Original Sentence: 08/07/07

Original Offense: Importing/Manufacturing Firearms

Original Sentence: 15 months imprisonment followed by 2 years supervised release.

Type of Supervision: Supervised release         Date Supervision Commenced: 09/18/07

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

On September 25, 2007 and October 5, 2007, respectively, Parks submitted urine specimens which subsequently tested positive for marijuana. The addition of the above conditions will enable the supervision officer to direct Parks into substance abuse treatment.

Respectfully submitted,

By: Paul E. Choinski
U.S. Probation Officer
Date: 10/16/07

PROB 12B - Page 2
Jeffery Parks

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

26 October 2007
_____
Date